FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 AUG 24 AM 10: 05
CLERK J Burton
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

EBONY N. JACOBS,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. CV416-216
CR414-343

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 24th day of August, 2016.

DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA